

**THOMAS J. COTTON**
*Admitted in NJ & NY*

Direct Line: 973-540-7333
Email: tjc@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

January 30, 2020

**Via ECF**
Hon. Nicholas P. Mizell, U.S.M.J.
United States Courthouse and Federal Building
Courtroom 4E
2110 First Street
Fort Myers, Florida 33901

      Re:    **Becker v. Pro Custom Solar LLC**
                **Case No. 2:19-cv-0535-FTM-NPM**
                **Our File No. 28369-48**
                *Parties' Proposed Confidentiality Order*

Dear Judge Mizell:

      This firm represents Pro Custom Solar LLC d/b/a Momentum Solar ("Defendant") in the above-referenced matter. Defendant respectfully submits, on behalf of all parties, a joint proposed confidentiality order. The parties respectfully request this order be entered.

      Should Your Honor have any questions or require additional information, the undersigned may be contacted at any time. As always, we appreciate the Court's courtesies.

                                              Respectfully submitted,

                                              SCHENCK, PRICE, SMITH & KING, LLP

                                              <u>s/ Thomas J. Cotton, Esq.</u>
                                              Thomas J. Cotton, Esq.

TJC/s
Enclosures