UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PERRY BECKER, individually and
on behalf of all others similarly
situated,

     Plaintiff,

v.                          Case No:   2:19-cv-535-FtM-29NPM

PRO CUSTOM SOLAR LLC,

     Defendant.
_____

## ORDER

This matter is before the Court on the Letter requesting the Court to enter a proposed confidentiality order, filed on January 30, 2020. (Doc. 35). The Court finds two problems with this approach.

First, Attorney Thomas J. Cotton filed the request by letter. Pursuant to Local Rule 3.01(f), when requesting relief, the application must be made by motion and not in the form of a letter, unless directed by the presiding judge. M.D. Fla. R. 3.01(f). Further Local Rule 3.01(a) requires that when seeking relief, a party must include a brief citation of facts and a memorandum of legal authority. M.D. Fla. R. 3.01(a). The Letter contains neither.

Second, turning to the Confidentiality Order, the parties have jointly agreed to the terms of a confidentiality agreement. (Doc. 35). It is the policy of the judges in this Division to allow the parties to reach their "own agreement regarding the designation of materials as 'confidential.' There is no need for the Court to endorse the confidentiality agreement. The Court discourages unnecessary stipulated motions for protective order.

The Court will enforce appropriate stipulated and signed confidentiality agreements." (Doc. 24, p. 3). Therefore, the Court will deny the Letter (Doc. 35), but will enforce all appropriate terms of the parties' stipulation, should it become necessary.

Accordingly, it is hereby **ORDERED**:

The Letter requesting the Court to enter a proposed confidentiality order (Doc. 35) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on February 5, 2020.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties