```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

PERRY BECKER, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                            Case No:   2:19-cv-535-FtM-29NPM

PRO CUSTOM SOLAR LLC,

      Defendant.
_____

## ORDER

On May 27, 2020, the Court entered an Order (Doc. #65) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of June, 2020.

                                                                  _____
                                                                   JOHN E. STEELE
                                                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record